**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**MUHAMMAD ASAM, # A 249-391-471**                    **PETITIONER**

**VERSUS**                    **CIVIL ACTION NO. 5:26cv378-DCB-BWR**

**WARDEN**                    **RESPONDENT**

## ORDER TO SIGN

Before the Court are *pro se* Petitioner Muhammad Asam's Amended Petition [2] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, and Motion to Expedite and Set Briefing Schedule [3].   Asam failed to place his original signature on the documents as required by Rule 11 of the Federal Rules of Civil Procedure.   He will be provided an opportunity to correct this deficiency.   Accordingly,

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner Muhammad Asam a copy of the Amended Petition [2] and Motion to Expedite and Set Briefing Schedule [3], along with a copy of this Order.   If Petitioner would like these pleadings to remain filed, he is directed to place his signature on the documents and return them to the Court on or before August 25, 2026.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with this Order in a timely manner will result in the unsigned pleadings being stricken from the record without further notice to him.   *See,* Fed. R. Civ. P. 11(a).   Petitioner is also warned that a failure to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's

current address may result in dismissal of this case.

**SO ORDERED**, this the 11th day of August, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

### for the

#### Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jun 18 2026

ARTHUR JOHNSTON, CLERK

|  |  |
|---|---|
| Asam, Muhammad | ) |
| | ) |
| | ) |
| _____ | ) |
| Petitioner | ) |
| | ) |
| v. | )   Case No. _____5:26-cv-00378_____ |
| | )   (Supplied by Clerk of Court) |
| WARDEN OF ADAMS COUNTY CORRECTIONAL | ) |
| CENTER, ET AL., | ) |
| | ) |
| _____ | ) |
| Respondent | ) |

*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:   Asam, Muhammad

    (b) Other names you have used:   NONE

2.  Place of confinement:

    (a) Name of institution:   ADAMS COUNTY CORRECTIONAL CENTER

    (b) Address:   20 HOBO FORK RD.NATCHEZ, MS 39120

    (c) Your identification number:   A249 391 471

3.  Are you currently being held on orders by:

    ☑ Federal authorities      ☐ State authorities      ☐ Other - explain:

    _____

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

       If you are currently serving a sentence, provide:

       (a) Name and location of court that sentenced you: _____

       (b) Docket number of criminal case: _____

       (c) Date of sentencing: _____

    ☐ Being held on an immigration charge

    ☐ Other *(explain):*

    _____

    _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☑ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other *(explain)*: _____

    _____

    _____

6.  Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court:

    _____

    (b) Docket number, case number, or opinion number: _____

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

    _____

    _____

    (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☐ Yes            ☑ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

AO 242 (12/11) Petition for a Writ of Habeus Corpus Under 28 U.S.C. § 2241

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.  **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☐ Yes                    ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

        _____

        _____

        _____

        _____

        _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

    _____

9.  **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes                    ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

        _____

        _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not file a third appeal:

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

 

## 11.   Appeals of immigration proceedings

Does this case concern immigration proceedings?

☒ Yes      ☐ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: __12 | 2024__

(b)   Date of the removal or reinstatement order: __06/02 | 2025__

(c)   Did you file an appeal with the Board of Immigration Appeals?

☒ Yes      ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result:

(4) Date of result: __Dismissed__

(5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?

☒ Yes      ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes              ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**  Violate 5th Amendment Due Process Clause.

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes              ☐ No

**GROUND TWO:** _Prolong detention violate the INA_

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes              ☐ No

**GROUND THREE:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes              ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

**Request for Relief**

15. State exactly what you want the court to do: Immediate release or alternative. a bond Hearing _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   06/03/2026

Asam, Muhammad

*Signature of Petitioner*

_____

*Signature of Attorney or other authorized person, if any*

**UNITED STATES POSTAL SERVICE.**  *Retail*

P

**US POSTAGE PAID**

**$12.90**

Origin: 10018
06/05/26
3596480048-03

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FIRMLY TO SEAL — Y TO SEAL

**PRIORITY MAIL®**

**UNITED S...
POSTAL SE...**

0 Lb 12.00 Oz

RDC 03

EXPECTED DELIVERY DAY: 06/10/26

C007

SHIP TO:
109 S PEARL ST
NATCHEZ MS 39120-3466

RECEIVED
JUN 18 2026

USPS TRACKING® #

9505 5127 0740 6156 0256 95

RATE ENV...
E ■ ANY WEIGHT

CKED ■ INSURED

scan the QR code.

00001000014

EP14F November 2025

RECEIVED
JUN 18 2...
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

PAPER POUCH
how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service: November 2025; All rights reserved.

FROM:

Asam, Muhammad
A 249 391 471
Adams County Correctional Center
20 Hobo Fork RD
Natchez, MS 39120

TO:

Mississippi Southern District Court
United States Court house
109 South Pearl Street, 2nd FL
Natchez, MS 39120

**Name: Muhammad Asam**
**A Number: A249 391 471**
**Address: Adams County Correctional Center**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN 1 8 2026

ARTHUR JOHNSTON
BY            DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Muhammad Asam,<br><br>                    Petitioner,<br><br>v.<br><br>Warden of Adams County Correction Center ;<br>Brian Acuna, New Orleans Field Office for the<br>U.S. Immigration and Customs Enforcement<br>and Removal Operations (" ICE/ERO") Field<br>Office ;Kristi Noem, in her official capacity,<br>Secretary of the U.S. Department of Homeland<br>Security; Todd Lyons, in his official capacity,<br>Acting Director U.S. Immigration and Customs<br>Enforcement; and Pamela Bondi, in her<br>capacity, U.S. Attorney General of the United<br>States ;<br><br>                    Respondents. | Case No. 5:26-cv-00378-DCB-BWR<br><br><br><br>**PETITIONER'S MOTION TO**<br>**EXPEDITE AND TO SET BRIEFING**<br>**SCHEDULE** |

## I.      INTRODUCTION AND PROCEDURAL BACKGROUND

Petitioner, Muhammad Asam, respectfully moves this Court to enforce its Order to

Show Cause and requests expedited consideration of this Motion. In support thereof, Petitioner

states as follows. Petitioner Muhammad Asam has been detained by Immigration and Customs

Enforcement ("ICE") at Adams County Correctional Center for over 12 months. On April 22, 2026,

Petitioner filed a writ of habeas corpus under 28 U.S.C. §2241. See [ Doc.1]. Since that time,

1

nearly two months have elapsed, and Respondents have not filed any response to the Petition, nor has a briefing schedule been set.

Under 28 U.S.C. § 2243, habeas proceedings are entitled to expedited consideration. The statute directs courts to "summarily hear and determine the facts and dispose of the matter as law and justice require," and further provides that once a response is filed, a hearing should be set "not more than five days after the return," absent good cause. Although courts retain discretion in managing their dockets, this language reflects Congress's clear intent that habeas petitions— particularly those challenging ongoing detention—receive prompt and priority resolution. Accordingly, Petitioner respectfully requests that this Court expedite its consideration of the Petition.

Petitioner remains in continuous immigration detention, which inherently implicates fundamental liberty interests. Habeas petitions challenging detention are, by their nature, entitled to prompt and expeditious resolution. Each additional day of detention without judicial review compounds the constitutional harm suffered by Petitioner. The absence of a response from Respondents and the lack of a briefing schedule have effectively stalled adjudication of Petitioner's claims.

Courts routinely recognize that habeas proceedings require swift handling, particularly where a petitioner challenges the legality of ongoing detention.

## II.    CONCLUSION AND RELIEF REQUESTED

WHEREFORE, Petitioner respectfully requests that this Court:

a.  EXPEDITE consideration of the pending Petition for Writ of Habeas Corpus;

b. ORDER Respondents to file their response to the Petition within a fixed and shortened timeframe (e.g., within five (5) days of the Court's Order);

c. SET an expedited briefing schedule for any reply and further submissions; and

d. Grant such other and further relief as this Court deems just and proper.

DATED:   June 12 , 2026.

_Muhammad Asam_
Print Name

_Asam_
Signature

3




SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00061

PAPER POUCH

how2recycle.info

PRESS **Retail**



39120



U.S. POSTAGE PAID
PM
NEW YORK, NY 10018
JUN 12, 2026

**$12.90**

FIRMLY TO SEAL

RDC 03    0 Lb 1.80 Oz    S2324D502798-04

# UNITED STATES POSTAL SERVICE ®  |  PRIORITY MAIL®

FROM:

Muhammad Asam
A249 391 471
Adams County Correctional Center

d delivery date specified for domestic use.

c shipments include $100 of insurance (restrictions apply).*

acking® service included for domestic and many international destinations.

international insurance.**

sed internationally, a customs declaration form is required.

oes not cover certain items. For details regarding claims exclusions see the
ail Manual at *http://pe.usps.com.*

ational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.



RECEIVED
JUN 18 2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

TO:

U.S. District Court
South District of Mississippi
109 South Pearl Street, 2nd Fl
Natchez, MS 39120

RATE ENVELOPE

E ■ ANY WEIGHT

CKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



EXPECTED DELIVERY DAY:  06/17/26

USPS TRACKING® #

500001000014

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service: November 2025: All rights reserved.

how2recycle.info

PAPER POUCH